**IN RE: Tara Nicole LINK, Debtor.**

**Larry Brown, and Lisa Brown, Plaintiffs**

v.

**Tara Nicole Link, and Caroline N. Labrayere, Defendants**

**Case No. 14–46466–705**
**Adversary No. 15–4033–659**

United States Bankruptcy Court, E.D. Missouri, Eastern Division.

Signed September 25, 2015

Adam C. Renner, Thurman Law Firm, Hillsboro, MO, for Debtors.

Adam Grissom Breeze, David Barton Law Firm LLC Arnold, MO, for Plaintiffs.

### ORDER

KATHY A. SURRATT–STATES, Chief United States Bankruptcy Judge

The matter before the Court is Plaintiffs' Complaint to Determine Dischargeability of Debt. For the reasons set forth in the Court's Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** the relief requested in Plaintiffs' Complaint to deny dischargeability pursuant to Section 523(a)(2)(A) is **DENIED;** and

**IT IS FURTHER ORDERED THAT** the relief requested in Plaintiffs' Complaint to deny dischargeability pursuant to Section 523(a)(3) is **DENIED;** and

**IT IS FURTHER ORDERED THAT** the relief requested in Plaintiffs' Complaint as to Caroline N. Labrayere is **DENIED;** and

**IT IS FURTHER ORDERED THAT** the relief requested in Plaintiffs' Complaint to deny dischargeability pursuant to Section 523(a)(14A) is **GRANTED IN PART** in that $3,238.66 of the State Court Judgment comprising of $2,038.66 for the Labrayere Cashiers Check and $1,200.00 for the Link Cashiers Check is a debt for taxes and is nondischargeable as to Debtor, Tara Nicole Link only, and judgment in the total amount of $3,238.66 is entered in favor of Plaintiffs and against Debtor, Tara Nicole Link only, and said judgment is **NOT DISCHARGEABLE** as to Debtor, Tara Nicole Link, pursuant to 11 U.S.C. § 523(a)(14A) and **DENIED IN PART** in that the remaining amount of the State Court Judgment is discharged as to Debtor, Tara Nicole Link; and

**IT IS FURTHER ORDERED THAT** the relief requested in Plaintiffs' Complaint for attorneys fees is **DENIED** and this is the final judgment and Order of this Bankruptcy Court in this case.